IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KRISTY HOOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:12-cv-220-WHA |
| | ) (WO) |
| THE HARTFORD LIFE AND | ) |
| ACCIDENT INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Plaintiff's Motion for Reconsideration (Doc. # 18), filed on October 29, 2012, it is hereby

ORDERED that the Defendant shall show cause, if any there be, **on or before November 13, 2012**, why this motion should not be granted. This motion will be taken under submission on that day for determination without oral argument.

DONE this 2nd day of November, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE