IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KRISTY HOOKS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:12-cv-220-WHA |
| | ) |
| THE HARTFORD LIFE AND | ) |
| ACCIDENT INSURANCE COMPANY, | )     (WO) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Plaintiff's Motion for Reconsideration (Doc. # 18), together with Defendant's Response and Plaintiff's Reply, the court finds the Motion to be without merit, for the reasons stated in the Order requested to be reconsidered. Accordingly, it is hereby

ORDERED that the Motion for Reconsideration is DENIED.

DONE this 16th day of November, 2012.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE